U.S. District Court
Wisconsin Eastern

Apr 30 2024

FILED
Clerk of Court

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

        Plaintiff,

v.

ERIC E. LENZEN,

        Defendant.

Case No. 24-CR-90

[26 U.S.C. § 7203]

## INFORMATION

### COUNT ONE

**THE UNITED STATES ATTORNEY CHARGES THAT:**

1. On or about December 18, 2017, in the State and Eastern District of Wisconsin and elsewhere,

**ERIC E. LENZEN**

was a resident of Mequon, Wisconsin, who had and received gross income of approximately $1,162,786 in calendar year 2016, on which taxable income was owing to the United States of America in the amount of $171,031.00.

2. LENZEN was required by law to pay, on or before April 15, 2017, that income tax to the Internal Revenue Service Center, at Kansas City, Missouri, to a person assigned to receive returns at the local office of the Internal Revenue Service, or to another Internal Revenue Service office permitted by the Commissioner of Internal Revenue.

3. Well knowing all of the foregoing, LENZEN did willfully fail to pay the income tax due.

All in violation of Title 26, United States Code, Section 7203.

## COUNT TWO

**THE UNITED STATES ATTORNEY FURTHER CHARGES THAT:**

4. On or about December 13, 2021, in the State and Eastern District of Wisconsin and elsewhere,

**ERIC E. LENZEN**

was a resident of Mequon, Wisconsin, who had and received gross income of approximately $2,242,818 in calendar year 2020, on which taxable income was owing to the United States of America in the amount of $868,499.

5. LENZEN was required by law to pay, on or before April 15, 2021, that income tax to the Internal Revenue Service Center, at Kansas City, Missouri, to a person assigned to receive returns at the local office of the Internal Revenue Service, or to another Internal Revenue Service office permitted by the Commissioner of Internal Revenue.

6. Well knowing all of the foregoing, LENZEN did willfully fail to pay the income tax due.

All in violation of Title 26, United States Code, Section 7203.

Dated: March 20, 2024

GREGORY J. HAANSTAD
United States Attorney