DR. RICHARD LENZEN
751 WOODLAND DRIVE
ANTIOCH, ILLINOIS 60002
(847)476-2971



U.S. District Court
Wisconsin Eastern

Sep 06 2024

Case No. 24-cr-90

FILED
Clerk of Court

August 27, 2024

Honorable William E. Duffin
United States Magistrate Judge
Eastern District of Wisconsin
517 East Wisconsin Avenue
Milwaukee, WI 53202

Your Honor,
Thank you for taking the time to read this letter. I understand how busy you are and the value of your time. I am Dr. Richard Lenzen, the 72-year-old father of Eric Lenzen, who will appear before you on September 17, 2024, for a sentencing hearing.
Eric is my only child. You have the unenviable task of determining an appropriate punishment for Eric's failure to pay Federal Income Taxes. To that end, please allow me to possibly paint a more complete picture of my son's behavior.
This case, before you, is not only about failure to pay Income Taxes, as a legal issue, but also the destruction of a once inseparable family. As a brief background Eric attended St. Francis De Sales Elementary School, Lake Zurich, Illinois, Carmel High School, Mundelein, Illinois, Marquette University for his undergraduate, my alma mater, and received his law degree from Washington University, St. Louis.
  My wife Susan and I were there every step of the way providing support and encouragement. As Eric progressed through his subsequent marriage and successful career, we were literally his biggest cheerleaders. We became proud grandparents to three beautiful grandchildren and a daughter in law, Angie, who was like a daughter to us. As Eric rose the corporate ladder and ultimately became leader of Husch Blackwell's Financial Services and Corporate Marketing's Industry Group, he aggressively encouraged me to invest with him as he was the "expert in the field." Following personal discussions and reassurances that he would only invest my assets in conservative low risk transactions. I made it abundantly clear that this was my retirement savings and he had to be extremely cautious. Eric assured me that he understood and my initial reluctance was replaced with confidence that my son, also a noted investment attorney, was overseeing my retirement funds. Let me add that Eric, his wife, children, and I enjoyed a wonderful family relationship sharing travel, sports, and frequent family outings. My wife and I have picked pumpkins and cut down Christmas trees every year with the grandchildren.
 Eric and I have not exchanged a cross word or spoken in anger in over 40 years.
   Then, out of nowhere, something happened! Eric's acquisitiveness could not be satisfied. Six months prior to my 70th birthday, I asked Eric to begin to liquidate my assets, as I intended to retire on my 70th birthday. Eric readily agreed that he would begin liquidation of assets and reimbursement of funds. The next month Eric's first check to me for $145,000 bounced. He told me it was a bank error and everything was fine. His subsequent checks all bounced. This

occurred repeatedly. I received 20 checks of varying amounts, all returned for non-sufficient funds. Not one single check cleared.

Then in no particular order; Eric was fired from Husch Blackwell for unethical behavior. He moved out of his Mequon home and left his wife and children. He forged my name, as a guarantor, on a $1.1 Million dollar loan from Commercial Bank. I was subsequently served a judgement for his default of 1.1-million-dollar loan. It cost me over $25,000 in legal fees proving he forged my signature and ultimately had the judgement dismissed (Fox O'Neil and Shannon), Even after admitting the forgery, Eric continued to reassure me that "everything was fine" and he would repay me my monies. He told me it was all a big misunderstanding. He signed a subsequent Promissory Note to no avail in repayment and I was ultimately forced to obtain a legal judgement for $750,000. Eric has not paid one cent of that judgement.

Then on May 13, 2024 I read in the Milwaukee Journal Sentinel, online, that Eric has plead guilty to "knowingly intentionally and willfully "failed to pay Income Tax and owes the Federal Government 3.9 million dollars.

Now I no longer have any contact with my only child. My once loving daughter in law, who I now know was complicit in the theft of my funds, has cut off all communication to our wonderful grandchildren. This is an absolute travesty.

I must still practice full time at 72 years of age. The dreams of travel and leisure that my wife and I shared for our twilight years has been stolen from us.

In this entire period, not once, not ever, did Eric apologize to me or offer any explanation of his abhorrent behavior. There has been no remorse and he has never said "I'm sorry Dad."

It is said that outliving your children is a parent's worst nightmare, let me assure you that losing a living child is worse. In school I never understood the pathology of TAKOTSUBO Syndrome Someone who dies of a broken heart. But now I know firsthand. My son has become a thief, a pathological liar, and a con man. If he can betray a loving father in this manner, imagine the damage he could inflict on a unsuspecting public.

   Judge Duffin, in sentencing Eric, I seek your wisdom and inherit sense of justice. However, I must wonder how can you hope to rehabilitate someone who takes no responsibility for his actions, shows no remorse, and lacks the benefit of conscience for there heinous actions. I seek your help and experience. Certainly, I would like to have my retirement money back but recognizing that you cannot perform miracles, I will settle for some peace of mind in the knowledge that my son recognizes he has destroyed lives and what he has done to all of us is "not right."

I look forward to seeing you in person on September 17th. Thank you again for your time and understanding.

All the best,

Dr. Richard Lenzen